IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| TUNG & DAO, LLC d/b/a ANH DAO MARKET § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> § <br> WILSHIRE INSURANCE COMPANY § <br> Defendant. § | CIVIL ACTION NO. 1:17-cv-00490 <br> JURY DEMANDED |

## AGREED STIPULATION OF DISMISSAL FOR PLAINTIFF

Plaintiff and Defendant Wilshire Insurance Company file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff is Tung & Dao, LLC d/b/a Anh Dao Market, Defendant is Wilshire Insurance Company.

2. On October 13, 2017, Plaintiff sued Defendant in the 172nd District Court of Jefferson County, Texas, Cause No. 200812. On November 20, 2017, Wilshire Insurance Company filed its Original Answer. On November 20, 2017, Wilshire Insurance Company filed its Notice of Removal.

3. On or about June 22, 2018, the parties settled this case. As a result of this settlement, all issues in the above-styled and numbered litigation have been fully and finally settled. Plaintiff now moves to dismiss the suit against Defendant.

4. Defendant agrees to the dismissal.

5. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a court order for dismissal of the case.

8. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

9. This dismissal is with prejudice.

Respectfully submitted,

GAULT, NYE & QUINTANA, L.L.P.
P.O. Box 6666
Corpus Christi, Texas 78466
Telephone: (361) 654-7008
Fax: (361) 654-7001


By:    /s/ Mikell A. West
    Mikell A. West
    Attorney-in-Charge
    State Bar No. 24070832
    Southern Dist. No. 1563058
    mwest@gnqlawyers.com


**ATTORNEYS FOR DEFENDANT,
WILSHIRE INSURANCE COMPANY**



By:    */s/Phong Vo*
Phong Vo
State Bar No. 24052986
P.O. Box 541328
Houston, Texas 77254
Telephone: (281) 781-5390
Telecopier: (281) 648-4364
anphvo@gmail.com


**COUNSEL FOR PLAINTIFF,
TUNG & DAO, LLC d/b/a ANH DAO
MARKET**

## **CERTIFICATE OF SERVICE**

I certify that on August 10, 2018, a copy of the parties' Agreed Stipulation of Dismissal was *electronically filed* on the CM/ECF system, and will be served on the following attorney in charge for Plaintiff, Tung & Dao, LLC d/b/a Anh Dao Market, via electronic filing or regular mail:

Phong Vo
Email: anphvo@gmail.com

**VIA E-FILING**

             /s/Mikell A. West
            Mikell A. West