| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

TUNG & DAO, LLC, *doing business as* §
ANH DAO MARKET, §
 §
      Plaintiff, §
 §
*versus* §   CIVIL ACTION NO. 1:17-CV-490
 §
WILSHIRE INSURANCE CO., §
 §
      Defendant. §

## ORDER OF DISMISSAL

Pursuant to the parties' Agreed Stipulation of Dismissal for Plaintiff (Doc. No. 11) and Rule 41(a)(1) of the Federal Rules of Civil Procedure, the above-styled case is DISMISSED with prejudice.  Each party shall bear its own costs of court and attorney's fees.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 13th day of August, 2018.

*[signature: Marcia A. Crone]*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE